UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN LUAN VU (A-221-390-043),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-03400-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 7, 9, 11) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 9.) On June 11, 2026, Respondents filed objections to the findings and recommendations, stating that they generally object "for the reasons stated in [their] responsive pleading." (ECF No. 10.) However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See M.M. v. Bondi,* No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026) (granting temporary restraining order and ordering bond hearing before an immigration judge for petitioner who had not received any such hearing during

1

approximately sixteen months of detention pursuant to § 1225(b)); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026) (granting temporary restraining order and ordering a second bond hearing before an immigration judge for petitioner where nine months had elapsed since petitioner was detained pursuant to § 1225(b) and had received such a hearing). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations issued on June 5, 2026 (ECF No. 9), are ADOPTED;

2.    Petitioner Van Luan Vu's (A-221-390-043) petition for a writ of habeas corpus (ECF No. 1) is GRANTED;

3.    Respondents' motion to dismiss (ECF No. 7) is DENIED;

4.    Respondents are ORDERED to, within seven (7) days of the date of entry of this order, provide Petitioner with a bond hearing before an immigration judge where Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention;

5.    Petitioner's motion for release (ECF No. 11) is DENIED;

6.    The Clerk of the Court is directed to serve this order on the California City Detention Facility; and

/////

/////

/////

/////

/////

7.    The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

_____
Dena Coggins
United States District Judge